UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

AIR LINE PILOTS ASSOCIATION
INTERNATIONAL,

      Plaintiff,

vs.

SPIRIT AIRLINES, INC.

      Defendant.
_____/

Civil Action No.
08-CV-13785

HON. AVERN COHN

**ORDER DENYING DEFENDANT'S FED. R. CIV. P. 12(b)(1) MOTION AS MOOT**

On June 3, 2009, this matter came before the Court on Defendant's Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(1). A hearing was held and oral argument heard. For the reasons stated on the record,

IT IS ORDERED that Defendant's Rule 12(b)(1) motion is DENIED as moot.

Dated: June 3, 2009

   s/ Avern Cohn
AVERN COHN
UNITED STATES DISTRICT JUDGE

I hereby certify that a copy of the foregoing document was mailed to the attorneys of record on this date, June 3, 2009, by electronic and/or ordinary mail.

   s/ Julie Owens
Case Manager, (313) 234-5160

1